1 Philip D. Dracht (219044)
pdracht@fabianvancott.com
2 FABIAN VANCOTT
3 15 W. Carrillo
Santa Barbara, CA 93101
4 P: 801-865-0245
F: 801-596-2814
5

6 Jeffrey B. Setness (96773)
jsetness@fabianvancott.com
7 FABIAN VANCOTT
411 East Bonneville Ave. #400
8 Las Vegas, NV 89101
9 P: 702-233-4444
F: 877-898-1168
10

11
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SACRAMENTO
12

| | |
|---|---|
| 13  FERNANDO RODARTE SALAS, individually and on half of others similarly 14  situated, | Case No.: 34-2019-00266950 |
| 15          Plaintiff, | **CLASS ACTION NOTICE OF REMOVAL** |
| 16  vs. | |
| 17 | |
| 18  ALSCO, INC., a Nevada corporation; doing business in California as Steiner Corporation; 19  and DOES 1 through 100, | |
| 20          Defendants | |

21
    Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, Defendant Alsco Inc. hereby
22
provides notice to Plaintiff and the Clerk of the Superior Court of California, County of
23
Sacramento that Alsco filed a Notice of Removal removing the above-entitled action to the
24
United States District Court for the Central District of California.  A true and correct copy of the
25
Notice of Removal (without exhibits) is attached hereto as Exhibit A and incorporated herein by
26
reference.
27

28
CLASS ACTION NOTICE OF REMOVAL - 1

# EXHIBIT A

Pursuant to 28 U.S.C. § 1446, no order by the federal court is necessary to complete removal; the removal is effected automatically by Defendant Alsco filing the requisite Notice of Removal and giving notice to this Court

DATED: January ___, 2020

                                      Philip D. Dracht
                                      Scott M. Petersen *(pro hac vice admission pending)*
                                      Fabian VanCott