1

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Daniel B. Marin-Finn (SBN 316728)
dfinn@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

2

3

4

5

6

7

Sahag Majarian II (State Bar No. 146621)
**LAW OFFICE OF SAHAG MAJARIAN, II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

8

9

10

*Attorneys for Plaintiff*

11

*[Additional Counsel listed on next page]*

12

13

14

## UNITED STATES DISTRICT COURT

15

## EASTERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

FERNANDO RODARTE SALAS, as an individual and on behalf of all others similarly situated,

Plaintiff,

vs.

ALSCO INC. dba STEINER CORPORATION, a Nevada company; and DOES 1 through 100,

Defendants.

Case No. 2:20-cv-00064-WBS-AC

[CLASS ACTION]

**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**

Judge: Hon. William B. Shubb
Courtroom: 5

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION

Phil Dracht (SBN 219044)
pdracht@fabianvancot.com
Scott M. Petersen (admitted *pro hac vice*)
spetersen@fabianvancott.com
Kirsten R. Allen (admitted *pro hac vice*)
kallen@fabianvancott.com
**FABIAN VANCOTT**
215 S. State Street, Suite 1200
Sal Lake City, UT 84111
P: 801-531-8900
F: 801-596-2814

*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION

**ORDER**

After reviewing the Parties' Stipulation to Remand Removed Action (the "Stipulation"), and GOOD CAUSE appearing therefor, the Court orders as follows:

1. The Stipulation is approved and the request for remand is granted.

2. Eastern District of California Case No. 2:20-cv-00064-WBS-AC is hereby REMANDED to the Superior Court of the State of California for the County of Sacramento.

**IT IS SO ORDERED.**

Dated:  September 14, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION